AMOSKEAG MANUFACTURING CO. *v.* HEAD.

A question of law, decided at the law term, is not reconsidered in the same case, except on a motion for a rehearing; and such a motion is not seasonably made after a trial of the facts subsequent to the decision.

PETITION, for the assessment of damages under the flowage law. At the April term, 1879, there was a jury trial, and a verdict. The defendant's exceptions taken at the trial were overruled at the December term, 1879. *Ante* 332. At the April term, 1880, the defendant moved in arrest of judgment on the ground that the flowage act (G. L., c. 141, ss. 15–19) is in conflict with the constitutions of New Hampshire and of the United States. The motion was denied, and a bill of exceptions allowed.

*C. R. Morrison*, for the defendant.

*Cross* and *Mugridge*, for the plaintiffs.

DOE, C. J.    The questions decided in this case in 56 N. H. 386, cannot be raised again at this time or in this manner.    *A. M. Co.* v. *Head, ante* 332, 337.

*Exceptions overruled.*

BINGHAM, J., did not sit: the others concurred.